IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENSANDRA SMITH and MARY ELLEN NILLES, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>LOYOLA UNIVERSITY MEDICAL CENTER,<br><br>   Defendant. | Case No: 1:23-cv-15828 |

**DEFENDANT LOYOLA UNIVERSITY MEDICAL CENTER'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) & RULE 12(b)(6)**

Defendant Loyola University Medical Center ("LUMC") by and through its undersigned counsel, respectfully moves to dismiss Plaintiffs' Complaint based on Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support of its Motion to Dismiss, LUMC has filed a Memorandum of Law.

WHEREFORE, LUMC respectfully requests that this Court enter an Order dismissing Plaintiffs' Complaint at Law, and for such other relief as this Court deems just and equitable.

Respectfully submitted,

             By:  /s/ Emily A. Miller
             **GORDON, REES, SCULLY & MANSUKHANI LLP**
             IL #6333074
             One North Franklin; Suite 800
             Chicago, Illinois 60606
             Tel: (312) 619-42975
             Fax: (312) 565-6511
             Email: emiller@grsm.com

Brian Middlebrook, Esq.*
Justin Holmes, Esq. *
1 Battery Park Plaza
Suite 2801
New York, NY 10004

* *pro hac vice forthcoming*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record for the Defendant, hereby certifies that on March 26, 2024, she served a copy of the foregoing Defendant's Motion to Dismiss Plaintiffs' Complaint at Law on counsel of record listed below by electronic means pursuant to Electronic Case Filing (ECF):

**David S. Almeida**
Almeida Law Group LLC
849 W. Webster Avenue
Chicago, IL 60614
312-576-3024
Email: david@almeidalawgroup.com

**Britany Kabakov**
Almeida Law Group
849 W Webster Ave
Chicago, IL 60614
847-620-9780
Email: britany@almeidalawgroup.com

By: */s/ Emily A. Miller*
**GORDON, REES, SCULLY & MANSUKHANI LLP**
IL #6333074
One North Franklin; Suite 800
Chicago, Illinois 60606
Tel: (312) 619-42975
Fax: (312) 565-6511
Email: emiller@grsm.com