**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| KENSANDRA SMITH and MARY ELLEN NILES, *individually and on behalf of all others similarly situated*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23-cv-15828 |
| v. | ) ) ) | Hon. Jeremy C. Daniel |
| LOYOLA UNIVERSITY MEDICAL CENTER, | ) ) ) | |
| Defendant. | | |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES,
COSTS, EXPENSES, AND SERVICE AWARDS**

Plaintiffs Kensandra Smith and Mary Ellen Niles, individually and on behalf of all others similarly situated, by and through their undersigned counsel, and based upon the accompanying Memorandum of Law in support hereof, the Joint Declaration of David S. Almeida and Christopher D. Jennings in support hereof as well as all prior pleadings, exhibits and proceedings herein in this case, respectfully move this Honorable Court to enter an Order approving Class Counsel's request for attorneys' fees in the amount of $803,421.33, expenses in the amount of $21,326.01, and service awards to each of the Class Representatives in the amount of $2,500.

Dated: July 22, 2025          Respectfully submitted,

/s/ *David S. Almeida*
David S. Almeida (ARDC 6285557)
Britany A. Kabakov (ARDC 6336126)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 529-5418
david@almeidalawgroup.com
britany@almeidalawgroup.com

1

Christopher D. Jennings*
**JENNINGS & EARLEY PLLC**
500 President Clinton Avenue, Suite 110
Little Rock, Arkansas 72201
(501) 247-6267
chris@jefirm.com

*Attorneys for Plaintiffs & the Settlement Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 22, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ David S. Almeida*