# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kensandra Smith, et al.

                        Plaintiff,

v.                                                        Case No.: 1:23−cv−15828
                                                                         Honorable Jeremy C. Daniel

Loyola University Medical Center

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 17, 2025:

        MINUTE entry before the Honorable Jeremy C. Daniel: Final approval hearing held. Plaintiffs' motion for attorneys' fees, costs, and expenses, and service award [77] is granted. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.